UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN HILL

        Petitioner,        Case No. 1:13-cv-541

v.        Honorable Paul L. Maloney

SHERRY BURT,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  August 24, 2016        /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge