UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN HILL,

        Petitioner,        Case No. 1:13-cv-541

v.        Honorable Paul L. Maloney

SHERRY BURT,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice because it fails to raise a meritorious federal claim.


Dated:  August 24, 2016        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge